UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT E. SANCHEZ,

    Plaintiff,

  v.

JENNIFER DIXON, et al.,

    Defendants.

Case No. 22-cv-02802-WHO (PR)

**ORDER OF DISMISSAL**

When plaintiff Vincent E. Sanchez failed to comply with the Clerk's Notice to pay the $402.00 filing fee or file an application to proceed *in forma pauperis* (IFP) by the deadline, I extended the deadline and ordered him to either pay the filing fee or file an IFP application by August 15, 2022. (Dkt. Nos. 3 and 7.) That date has passed and Sanchez has filed no response. Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failing to prosecute and for failing to comply with the Court's orders.

Because this dismissal is without prejudice, Sanchez may move to reopen the suit. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a completed IFP application or full payment for the $402.00 filing fee.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

Dated: September 12, 2022

_____
WILLIAM H. ORRICK
United States District Judge